# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**Alexander R. Baldwin III,**

    Plaintiff,

vs.                                                                  Case No. CIV-25-01052

**Kari T. Morrissey, Mary Carmack-Altwies,
Andrea Reeb, Jennifer Padgett Macias, The First
Judicial District Attorney's Office, Alexandria
Hancock, Marissa Poppell, Brian Brandle, and
Santa Fe County Board of County
Commissioners,**

    Defendants.

## NOTICE OF REMOVAL

    Pursuant to 28 U.S.C. §1441(a) and 1446(a), Defendants, Kari T. Morrissey, Mary Carmack-Altwies, Andrea Reeb, Jennifer Padgett Macias and the First Judicial District Attorney's Office (*hereinafter* known as "State Defendants"), through their attorneys, Robles, Rael & Anaya, P.C. (Luis Robles) give Notice of Removal to this Court of the civil action filed in the First Judicial District Court for the State of New Mexico, County of Santa Fe, Cause No. D-101-CV-2025-00060 ("State Court Action"), by Plaintiff, Alexander R. Baldwin III, and as grounds therefore state:

    1.    On January 9, 2025, Plaintiff filed a Civil Complaint (*hereinafter* referred to as "Complaint").  An endorsed copy of the Complaint is attached hereto as **Exhibit A**.

    2.    State Defendants accepted service of Plaintiff's Complaint on or about October 15, 2025.

3.      Upon information and belief, this Notice of Removal is timely because it is filed within 30 days of service upon all Defendants.

4.      All Defendants consent to removal.

5.      Pursuant to 28 U.S.C. § 1446(d), copies of the Notice of Removal will be promptly given to all adverse parties and a copy of the Notice of Removal will be filed with the Clerk of the First Judicial District Court, County of Santa Fe, State of New Mexico.

6.      The claims stated against Defendants in the Complaint are subject to the jurisdiction of this Court pursuant to 42 U.S.C. § 1983, having brought "Conspiracy to Cause Malicious Prosecution" and "Suppression of Evidence" claims against Defendants. More specifically, Plaintiff claims that "Defendants, while acting under the color of law, conspired to procure a groundless indictment against Baldwin and to maliciously bring about or advance Baldwin's trial and conviction, thus violating Baldwin's constitutional rights by their improper use of the criminal process."

   a.   This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's Complaint is founded, in part, on claims or rights arising under the Constitution and laws of the United States.

7.      Pursuant to Rule 81.1(a) of the Local Rules of the United States District Court for the District of New Mexico, Defendants will, within twenty-eight (28) days, file a Notice of Filing of State Court Record and certified copies of the pleadings filed in the First Judicial District Court for the State of New Mexico, County of Santa Fe, in Cause No. D-101-CV-2025-00060.

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**

By:  /s/ Luis Robles
Luis Robles
*Attorney for State Defendants*
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com

I hereby certify that the foregoing was electronically filed through the CM/ECF and sent via electronic mail on this 21st day of October 2025 to the following:

Lukas Nikas
Alex Spiro
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
lukenikas@quinnemanuel.com
alexspiro@quinnemanuel.com

Robert M. Schwartz
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
robertschwartz@quinnemanuel.com

Sara Clark
Quinn Emanuel Urquhart & Sullivan, LLP
700 Louisiana St., Ste. 3900
Houston, TX 77002
(713) 221-7000
saraclark@quinnemanuel.com

Heather M. LeBlanc
LeBlanc Law LLC
823 Gold Ave. SW
Albuquerque, NM 87102
(505) 331-7222
heather@leblanclawnm.law

*Attorneys for Plaintiff*

Mark Komer
Long, Komer & Associates
1800 Old Pecos Trail, Suite A
Santa Fe, NM 87505
Office: 505-982-8405 | Direct: 505-780-4890
mark@longkomer.com

*Attorney for County Defendants*


 /s/ Luis Robles
Luis Robles