IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ALEXANDER R. BALDWIN III,<br><br>Plaintiff,<br><br>- against -<br><br>KARI T. MORRISSEY, MARY CARMACK-ALTWIES, ANDREA REEB, JENNIFER PADGETT MACIAS, THE FIRST JUDICIAL DISTRICT ATTORNEY'S OFFICE, ALEXANDRIA HANCOCK, MARISSA POPPELL, BRIAN BRANDLE, and SANTA FE COUNTY BOARD OF COUNTY COMMISSIONERS,<br><br>Defendants. | Case No. 1:25-cv-01052 KWR/KK<br><br>**AMENDED STIPULATION** |

    This stipulation is entered by and between the undersigned counsel for Plaintiff Alexander R. Baldwin III and Defendants Kari T. Morrisey, Mary Carmack-Altwies, Andrea Reeb, the First Judicial District Attorney's Office, and Jennifer Padgett Macias.

    WHEREAS, this action was removed to this Court on October 21, 2025.

    WHEREAS, Defendants filed motions to dismiss on October 28 and October 29, 2025. (Dkt. Nos. 7, 9-12.)

    WHEREAS, the parties agree that Plaintiff shall be given an additional 60 days to respond to the motions to dismiss.

    WHEREAS, the parties agree that State Defendants shall be given an additional 30 days to file their replies to Plaintiff's responses to the motions to dismiss.

IT IS NOW STIPULATED AND AGREED, by and among the parties, through their respective counsel, that Plaintiff shall respond to the motions to dismiss on or before January 12, 2026.

IT IS ALSO STIPULATED AND AGREED, by and among the parties, through their respective counsel, that State Defendants shall have 30 days from the receipt of Plaintiff's responses to the motions to dismiss to file their replies.

Respectfully submitted on November 17, 2025.

**LEBLANC LAW LLC**

By: */s/ Heather M. LeBlanc*
Heather M. LeBlanc
823 Gold Ave. SW
Albuquerque, NM 87102
Telephone: 505-331-7222
Email: heather@leblanclawnm.law

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Luke Nikas (*pro hac vice to be filed*)
295 Fifth Avenue
New York, New York 10016
(212) 849-7000
lukenikas@quinnemanuel.com

*Attorneys for Alexander R. Baldwin III*

**ROBLES, RAEL & ANAYA, P.C.**

By:   */s/ Luis Robles*
       Luis Robles
       500 Marquette Ave., NW, Suite 700
       Albuquerque, New Mexico 87102
       (505) 242-2228

*Attorneys for Kari T. Morrisey, Mary Carmack-Altwies, Andrea Reeb, the First Judicial District Attorney's Office, and Jennifer Padgett Macias*

I hereby certify that the foregoing was electronically filed through the CM/ECF on this  17th   day of November 2025, to all counsel of record.


 /s/ Luis Robles
Luis Robles