IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**Alexander R. Baldwin III,**

    Plaintiff,

vs.                                                                                      Case No. CIV-25-01052 KWR/KK

**Kari T. Morrissey, Mary Carmack-Altwies, Andrea Reeb, Jennifer Padgett Macias, The First Judicial District Attorney's Office, Alexandria Hancock, Marissa Poppell, Brian Brandle, and Santa Fe County Board of County Commissioners,**

    Defendants.

## **NOTICE OF CONSENT TO REMOVAL**

Defendants, Alexandria Hancock, Marissa Poppell, Brian Brandle, and Santa Fe County Board of County Commissioners ("County Defendants") through their undersigned counsel, pursuant to 28 U.S. Code §1446 hereby consent to the removal of the civil action filed in the First Judicial District Court for the State of New Mexico, County of Santa Fe, Cause No. D-101-CV-2025-00060 to Federal Court.

Respectfully submitted,

**LONG, KOMER & ASSOCIATES, P.A.**

By:   /s/ Mark Komer
　　　Mark Komer
　　　Gabriela M. Delgadillo
　　　P.O. Box 5098
　　　Santa Fe, NM 87502-5098
　　　Office: 505-982-8405 | Direct: 505-780-4890
　　　mark@longkomer.com
　　　gabriela@longkomer.com

　　　*Attorney for County Defendants*

I hereby certify that the foregoing was electronically filed through the CM/ECF and sent via electronic mail on this 18th day of November 2025 to the following:

Lukas Nikas
Alex Spiro
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
lukenikas@quinnemanuel.com
alexspiro@quinnemanuel.com

Robert M. Schwartz
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
robertschwartz@quinnemanuel.com

Sara Clark
Quinn Emanuel Urquhart & Sullivan, LLP
700 Louisiana St., Ste. 3900
Houston, TX 77002
(713) 221-7000
saraclark@quinnemanuel.com

Heather M. LeBlanc
LeBlanc Law LLC
823 Gold Ave. SW
Albuquerque, NM 87102
(505) 331-7222
heather@leblanclawnm.law

*Attorneys for Plaintiff*

Luis Robles
Robles, Rael & Anaya, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com

*Attorney for State Defendants*


/s/ Mark Komer
Mark Komer