IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEXANDER R. BALDWIN, III,

    Plaintiff,

v.

KARI T. MORRISSEY, *et al.*,   Civ. No. 25-1052 KWR/KK

    Defendants.

## ORDER GRANTING MOTION TO STAY

Before the Court is State Defendants' Motion for Protective Order Staying Discovery Pending the Court's Disposition of State Defendants' Motions to Dismiss Nos. III-IV Which Collectively Seek the Dismissal of Plaintiff's § 1983 and New Mexico Civil Rights Act Claims Against Defendants' Kari Morrissey, Mary Carmack-Altwies, Andrea Reeb, and the First Judicial District Attorney's Office on the Basis of Absolute Prosecutorial Immunity For the Prosecutors' Actions Which Were Taken in Their Respective Roles as Advocates and Related to the Initiation and Pursuit of the Criminal Charges Against Plaintiff ("Motion to Stay") (Doc. 14), filed October 31, 2025. Plaintiff's response was due on or before November 14, 2025. See D.N.M.LR-Civ. 5.1, 7.4(a); Fed. R. Civ. P. 6(d). However, to date, Plaintiff has not filed a response to the Motion to Stay and Defendants filed their Notice of Completion of Briefing on November 26, 2025 (Doc. 22).

According to Local Rule of Civil Procedure 7.1(b), "[t]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M.LR-Civ. 7.1(b). In light of the foregoing and by operation of Local Rule 7.1(b), the Court finds that Plaintiff has consented to the granting of State Defendants' Motion to

Stay. Further, having reviewed the Motion to Stay, and pursuant to Federal Rule of Civil Procedure 16(b)(2), the Court FINDS good cause to stay discovery and to delay entering a scheduling order pending resolution of State Defendants' Motions to Dismiss.

IT IS THEREFORE ORDERED as follows:

1. All hearings and deadlines set forth in the Court's Initial Scheduling Order (Doc. 6) are VACATED;

2. Discovery is STAYED pending resolution of State Defendants' Motions to Dismiss (Docs. 10-12).

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE