IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ALEXANDER R. BALDWIN III,<br><br>Plaintiff,<br><br>- against -<br><br>KARI T. MORRISSEY, MARY CARMACK-ALTWIES, ANDREA REEB, JENNIFER PADGETT MACIAS, THE FIRST JUDICIAL DISTRICT ATTORNEY'S OFFICE, ALEXANDRIA HANCOCK, MARISSA POPPELL, BRIAN BRANDLE, and SANTA FE COUNTY BOARD OF COUNTY COMMISSIONERS,<br><br>Defendants. | Case No. 1:25-cv-01052 KWR/KK<br><br>**STIPULATION** |

This stipulation is entered by and between the undersigned counsel for Plaintiff Alexander R. Baldwin III and Defendants Kari T. Morrisey, Mary Carmack-Altwies, Andrea Reeb, the First Judicial District Attorney's Office, and Jennifer Padgett Macias.

WHEREAS, Baldwin intends to retain new counsel, and additional time is required for new counsel to appear in this action.

WHEREAS, the parties agree that a brief stay of this action will promote efficiency while new counsel is retained and appears.

IT IS NOW STIPULATED AND AGREED, by and among the parties, through their respective counsel, as follows:

1. Baldwin shall have 45 days, through and including February 26, 2026, to obtain and have new counsel appear in this action.

2

2. This action, including all deadlines, is stayed for 45 days, through and including February 26, 2026.

Respectfully submitted on January 13, 2026.

| | |
|---|---|
| **LEBLANC LAW LLC** | **ROBLES, RAEL & ANAYA, P.C.** |
| By: <u>*/s/ Heather M. LeBlanc*</u><br>Heather M. LeBlanc<br>823 Gold Ave. SW<br>Albuquerque, NM 87102<br>Telephone: 505-331-7222<br>Email: heather@leblanclawnm.law | By:   <u>*/s/ Luis Robles*</u><br>Luis Robles<br>5000 Marquette Ave., NW, Suite 700<br>Albuquerque, New Mexico 87102<br>(505) 242-2228 |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Luke Nikas (*pro hac vice to be filed*)<br>295 Fifth Avenue<br>New York, New York 10016<br>(212) 849-7000<br>lukenikas@quinnemanuel.com<br><br>*Attorneys for Alexander R. Baldwin III* | *Attorneys for Kari T. Morrisey, Mary Carmack-Altwies, Andrea Reeb, the First Judicial District Attorney's Office, and Jennifer Padgett Macias* |