**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ALEXANDER R. BALDWIN, III,

    Plaintiff,

vs.                                            Case No. 1:25-CV-01052 KWR/LF

KARI T. MORRISSEY, MARY
CARMACK-ALTWIES, ANDREA REEB,
JENNIFER PADGETT MACIAS, THE
FIRST JUDICIAL DISTRICT
ATTORNEY'S OFFICE, ALEXANDRIA
HANCOCK, MARISSA POPPELL, BRIAN
BRANDLE, AND SANTA FE COUNTY
BOARD OF COUNTY COMMISSIONERS.

    Defendant.

## NOTICE OF AGREED UPON EXTENSION OF TIME

COME NOW Plaintiff and Defendants, who hereby give the Court notice pursuant to D.N.M.LR-Civ. 7.4(a) that counsel for all Parties have agreed that counsel for the State Defendants is hereby withdrawing the notices of completion of briefing on the State Defendants' pending motions to dismiss, and that the Parties will brief all of those motions to dismiss pursuant to the following briefing schedule:

    Plaintiff shall have until April 17, 2026, to respond to the pending motions to dismiss.

    The State Defendants shall have until June 1, 2026, to file their replies in support of their pending motions to dismiss.

Submitted by:

RODEY DICKASON SLOAN AKIN & ROBB, P.A.

By:  */s/ Krystle Thomas*
Nelson Franse
Linda Vanzi
Kip Purcell
Krystle Thomas
Andrew C. Efaw
Kara Murphy
P.O. Box 1888
Albuquerque, New Mexico 87103
(505)765-5900
nfranse@rodey.com
lvanzi@rodey.com
kpurcell@rodey.com
kthomas@rodey.comsw
aefaw@rodey.com
kmurphy@rodey.com
*Attorneys for Plaintiff, Alexander R. Baldwin, III*

ROBLES, RAEL & ANAYA, P.C.

By:  *approved via email 3/3/26*
Luis Robles
5000 Marquette Ave., NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
luis@roblesrael.com
*Attorneys for the State Defendants*

LONG, KOMER & ASSOCIATES, P.A.

By:  *approved via email 3/3/26*
Mark E. Komer
P.O. Box 5098
Santa Fe, NM 87502-5098
(505) 982-8405
mark@longkomer.com
*Attorneys for the County Defendants*

2

CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2026, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By   */s/ Krystle A. Thomas*
      Krystle A. Thomas