# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**Alexander R. Baldwin III,**

    Plaintiff,

vs.                                    Case No. CIV-25-01052 KWR/LF

**Kari T. Morrissey, Mary Carmack-Altwies, Andrea Reeb, Jennifer Padgett Macias, The First Judicial District Attorney's Office, Alexandria Hancock, Marissa Poppell, Brian Brandle, and Santa Fe County Board of County Commissioners,**

    Defendants.

**AMENDED NOTICE OF COMPLETION OF BRIEFING ON DEFENDANTS KARI MORRISSEY AND THE FIRST JUDICIAL DISTRICT ATTORNEY'S OFFICE'S MOTION TO DISMISS NO. III: PLAINTIFF'S § 1983 AND NEW MEXICO CIVIL RIGHTS ACT CLAIMS ON THE BASIS OF ABSOLUTE PROSECUTORIAL IMMUNITY FOR MORRISSEY'S ACTIONS WHICH WERE TAKEN IN HER ROLE AS AN ADVOCATE AND RELATED TO THE INITIATION AND PURSUIT OF THE CRIMINAL CHARGES AGAINST PLAINTIFF**

Defendants, Kari T. Morrissey and The First Judicial District Attorney's Office, through their attorney Robles, Rael & Anaya, P.C. (Luis Robles), state the following for their Amended Notice of Completion of Briefing on their Motion to Dismiss No. III: Plaintiff's § 1983 and New Mexico Civil Rights Act Claims on the Basis of Absolute Prosecutorial Immunity for Morrissey's Actions Which Were Taken in Her Role as an Advocate and Related to the Initiation and Pursuit of the Criminal Charges Against Plaintiff ("Motion to Dismiss No. III"):

    1.    On October 29, 2025, Defendants filed their Motion to Dismiss No. III *[Doc. 10]*.

2.      On April 17, 2026, Plaintiff filed his Response to Defendants Kari Morrissey and the First Judicial District Attorney's Office's Motion to Dismiss No. III *[Doc 35]*.

3.      On June 1, 2026, Defendants filed their Reply to Plaintiff's Response to Defendants Kari Morrissey and the First Judicial District Attorney's Office's Motion to Dismiss No. III *[Doc 41]*.

4.      Accordingly, the briefing on Defendants' Motion to Dismiss No. III *[Doc. 10]* is now complete.

**WHEREFORE**, Defendants respectfully request that the Court grant their Motion to Dismiss No. III: Plaintiff's § 1983 and New Mexico Civil Rights Act Claims on the Basis of Absolute Prosecutorial Immunity for Morrissey's Actions Which Were Taken in Her Role as an Advocate and Related to the Initiation and Pursuit of the Criminal Charges Against Plaintiff *[Doc. 10]*, and award any further relief that the Court deems just and proper.

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**

By:     /s/ Luis Robles
Luis Robles
*Attorney for State Defendants*
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com

I  hereby certify that the foregoing was
electronically filed through the CM/ECF
on this 2nd  day of June, 2026, which will
cause service to the following:

Krystle Thomas
Nelson Franse
Linda Vanzi
Kip Purcell
Krystle Thomas
Andrew C. Efaw
Kara Murphy
Rodey Dickason Sloan Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, New Mexico 87103
(505)765-5900
nfranse@rodey.com
lvanzi@rodey.com
kpurcell@rodey.com
kthomas@rodey.com

*Attorneys for Plaintiff*

Mark Komer
Long, Komer & Associates
1800 Old Pecos Trail
Suite A
Santa Fe, NM 87505
Office: 505-982-8405 | Direct: 505-780-4890
mark@longkomer.com

*Attorney for County Defendants*


 /s/ Luis Robles
Luis Robles